THOMAS S. FERRANTE, PLAINTIFF-RESPONDENT, v. THOMAS McGINNIS, AND FEDERAL INSURANCE COMPANY, JOINTLY, SEVERALLY, AND/OR IN THE ALTERNATIVE, DEFENDANTS-APPELLANTS.

Superior Court of New Jersey
Appellate Division

Argued March 7, 1966—Decided March 16, 1966

Before Judges GOLDMANN and FOLEY.

*Mr. Leon A. Wingate, Jr.,* argued the cause for appellant Federal Insurance Company.

Respondent did not file a brief.

PER CURIAM. Affirmed. *Cf. Schlanger v. Federal Ins. Co.,* 44 *N. J.* 17 (1965). See also *Graybar Electric Co. v. Continental Cas. Co.,* 50 *N. J. Super.* 289 (*App. Div.* 1958).